MID-ILL TRUCK EQUIPMENT COMPANY, Plaintiff-Appellant, *v.* LYLE TATUM, Defendant-Appellee.

(72-317; )

Fifth District—August 10, 1973.

Opinion by Mr. PRESIDING JUSTICE EBERSPACHER.

James E. Buchmiller, of Greenville, for appellant.

No brief filed for appellee.